***EFILED***
Case Number 2022LA001366
Date: 10/28/2022 4:26 PM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

# IN THE CIRCUIT COURT
# FOR THE THIRD JUDICIAL CIRCUIT
# Madison County, Illinois

| | |
|---|---|
| Patrick M. Ferrari ) | |
| Barbara L. Ferrari ) | |
| (*Plaintiffs*) ) | **2022LA001366** |
| ) | |
| _____vs_____ ) | |
| ) | **Case Number 2022-L-_____** |
| ) | |
| Village of Glen Carbon, ) | |
| Glen Carbon Police Chief Todd Link, ) | **JURY TRIAL DEMANDED** |
| Glen Carbon Patrol Lt. Wayne White, ) | |
| Glen Carbon Police Department, ) | |
| Glen Carbon Building & Zoning Administrator ) | |
| Stacey Jose, Glen Carbon Building & Zoning ) | |
| Inspector Patrick Bourgeois, ) | |
| Attorney for Glen Carbon Ordinance Hearings ) | |
| Attorney Matthew Kelley, ) | |
| Ordinance Hearing Officer for Glen Carbon ) | |
| Attorney Matthew Champlin, ) | |
| Madison County State's Attorney Tom Haine, ) | |
| Madison County Asst. Sts. Attny Dillon Borri, ) | |
| Madison County State's Attorney's Department, ) | |
| Madison County Sheriff John Lakin, and ) | |
| Madison County Deputy Sgt. Paul Sarhage, and ) | |
| Madison County Sheriff's Department ) | |
| (*Defendants*) ) | |

## COMPLAINT AND JURY DEMAND

There is no other civil action between these parties arising out of the same occurrence as alleged in this complaint pending in this court. Nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge.

We, Patrick M. and Barbara L. Ferrari (Plaintiffs), are filing this Lawsuit/Claim to the above named Defendants in the Madison County Circuit Court, Third Circuit, at 155 N. Main St., Edwardsville, IL 62025 for numerous violations of U.S. Constitutional Civil Rights, Federal Law, and Illinois Statutes, and Illinois Constitution and Supreme Court Rules of Judicial procedures committed by the following Defendants:


EXHIBIT

1. Village of Glen Carbon,
2. Glen Carbon Police Chief Todd Link,
3. Glen Carbon Patrol Lt. Wayne White,
4. Glen Carbon Police Department,
5. Glen Carbon Building & Zoning Administrator Stacey Jose,
6. Glen Carbon Building & Zoning Inspector Patrick Bourgeois,
7. Attorney for Glen Carbon Ordinance Hearings Matthew Kelley,
8. Ordinance Hearing Officer for Glen Carbon Attorney Matthew Champlin,
9. Madison County State's Attorney Tom Haine,
10. Madison county Assistant State's Attorney Dillon Borri,
11. Madison County State's Attorney's Department,
12. Madison County Sheriff John Lakin,
13. Madison County Deputy Sgt. Paul Sarhage,
14. Madison County Sheriff's Department

## VENUE AND JURISDICTION

All parties named above, both Plaintiffs and Defendants live and work within Madison County, Illinois, and the incidents and violations of U.S. Constitutional Civil Rights, Federal Law, and Illinois Statutes, and Illinois Supreme court Rules of Judicial procedures alleged in this claim and committed by the defendants, all occurred within Madison County, Illinois.

**Plaintiffs:**
- Patrick and Barbara Ferrari. Plaintiffs are citizens of the United States and reside in Madison County at 265 E. Ingle Dr., Glen Carbon, IL 62034.

**Defendants**
- Village of Glen Carbon. Defendant is the governing body responsible for the safety, freedoms, liberties, and equal application of Municipal laws and ordinances for the citizens of the Village of Glen Carbon and is being sued in their capacity as failed and malicious representatives of the Village of Glen Carbon approving the denial of civil rights, freedoms, and liberties and enabling false arrests and incarcerations without due process. The Glen Carbon Village Council and all Glen Carbon Officials are citizens of the United States and are employed and operate in Madison County at 151 N. Main St., Glen Carbon, IL 62034. Phone: 618-696-1851

- Glen Carbon Police Chief Todd Link. Defendant is the Chief of the Glen Carbon Police Department and is responsible for the safety and equal enforcement of the laws of the State of Illinois and the ordinances of the Village of Glen Carbon. Defendant is being sued for the malicious and vengeful applications of the laws and using the laws as a weapon against the citizens of Glen Carbon. Defendant is a citizen of the United States and employed in Madison County at 151 N. Main St., Glen Carbon, IL 62034. Phone: 618-696-1851

- Glen Carbon Patrol Lt. Wayne White. Defendant is a Glen Carbon Police officer in the department and is responsible for the safety and equal enforcement of the laws of the State of Illinois and the ordinances of the Village of Glen Carbon. Defendant is being sued for the malicious and vengeful applications of the laws and using the laws as a weapon against the citizens of Glen Carbon. Defendant is a citizen of the United States and employed in Madison County at 151 N. Main St., Glen Carbon, IL 62034. Phone: 618-696-1851

- Glen Carbon Police Department/Corporation. Defendants are the Glen Carbon Police Department/Corporation and are responsible for the safety and equal enforcement of the laws of the State of Illinois and the ordinances of the Village of Glen Carbon. Defendants are being sued for the malicious and vengeful applications of the laws and using the laws as a weapon against the citizens of Glen Carbon. Defendants are citizens of the United States and employed in Madison County at 151 N. Main St., Glen Carbon, IL 62034. Phone: 618-696-1851

- Glen Carbon Building & Zoning Administrator Stacey Jose. Defendant is the Administrator for the Glen Carbon Building and Zoning Department and is responsible for the safety and equal enforcement of the ordinances of the Village of Glen Carbon. Defendant is being sued for the malicious and vengeful applications of the ordinance laws and using the laws as a weapon against the citizens of Glen Carbon. Defendant is a citizen of the United States and employed in Madison County at Glen Carbon Village Hall, 151 N. Main St., Glen Carbon, IL 62034. Phone: 618-696-1851

- Glen Carbon Building & Zoning Inspector Patrick Bourgeois. Defendant is the Inspector for the Glen Carbon Building and Zoning Department and is responsible for the safety and equal enforcement of the ordinances of the Village of Glen Carbon. Defendant is being sued for the malicious and vengeful applications of the ordinance laws and using the laws as a weapon against the citizens of Glen Carbon. Defendant is a citizen of the United States and employed in Madison County at Glen Carbon Village Hall, 151 N. Main St., Glen Carbon, IL 62034. Phone: 618-696-1851

- Attorney for Glen Carbon Ordinance Hearings Matthew Kelley. Defendant functions once a month as the Ordinance Hearing Officer for the Village of Glen Carbon and is responsible for the fair and impartial adjudication and equal enforcement of the ordinances of the Village of Glen Carbon. Defendant is being sued for the malicious and vengeful applications of the ordinance laws, violations of Civil Rights and Illinois Statutes, conspiring to deny civil rights, and Defamation and using the laws as a weapon against the citizens of Glen Carbon. Defendant is a citizen of the United States and employed in Madison County by the Village of Glen Carbon at 151 N. Main St., Glen Carbon, IL 62034, and has an address at his law firm at 307 Henry St., Suite 415, Alton, IL 62002. Phone: 618-465-2311. Email: mkelly@sknlawyer.com

- Ordinance Hearing Officer for Glen Carbon Attorney Matthew Champlin. Defendant functions once a month as the Prosecuting Attorney for ordinance Violations for the Village of Glen Carbon and is responsible for the fair and impartial adjudication and equal enforcement of the ordinances of the Village of Glen Carbon, and ensuring that all citizens (defendants and plaintiffs) are treated fairly and that their Civil rights above all are protected and ensured. Defendant is being sued for the malicious and vengeful applications of the ordinance laws, violations of Civil Rights and Illinois Statutes, conspiring to deny civil rights, and Defamation and using the laws as a weapon against the citizens of Glen Carbon. Defendant is a citizen of the United States and is employed in Madison County by the Village of Glen Carbon at 151 N. Main St., Glen Carbon, IL 62034, and has an address at his law firm at Hepler-Broom,LLC, 130 N. Main St., Edwardsville, IL 62025. Phone: 618-307-2453/618-656-0184. Email: mchamplin@heplerbroom.com

- Madison County State's Attorney Tom Haine. Defendant functions Madison County State's Attorney and is responsible for the fair, impartial, and equal enforcement of the laws of the State of Illinois and the constitution of the United States and the constitution of Illinois, and sworn to follow and obey all Illinois Supreme Court Rules of Judicial Procedure. Defendant is being sued for the malicious and vengeful applications of the Illinois State statutes, violations of Civil Rights, conspiring to deny civil rights, and using the laws as a weapon against the plaintiffs. Defendant is a citizen of the United States and employed in Madison County as the Madison County State's Attorney at 157 N. Main St., Suite 402, Edwardsville, IL 62025. Phone: 618-692-6280. Email: SAinfo@co.madison.il.us

- (Former) Madison County Assistant State's Attorney Dillon Borri. Defendant, no longer with the Madison County States Attorney, functioned as a Madison County Assistant State's Attorneys and was responsible for the fair, impartial, and equal enforcement of the laws of the State of Illinois and the constitution of the United States and the constitution of Illinois, and sworn to follow and obey all Illinois Supreme Court Rules of Judicial Procedure. Defendant is being sued for the malicious and vengeful applications of the Illinois State statutes, violations of Civil Rights, conspiring to deny civil rights, and using the laws as a weapon against the plaintiffs. Defendant is a citizen of the United States and currently employed at the Law Office of Heyl-Royster, 105 W. Vandalia, Edwardsville, IL 62025. Phone: 618-656-4646. Email: dborri@heylroyster.com

- Madison County State's Attorney's Staff/Corporation. Defendants functions Madison County Assistant State's Attorneys and are responsible for the fair, impartial, and equal enforcement of the laws of the State of Illinois and the constitution of the United States and the constitution of Illinois, and sworn to follow and obey all Illinois Supreme Court Rules of Judicial Procedures. Defendants are being sued for the malicious and vengeful applications of the Illinois State statutes, violations of Civil Rights, conspiring to deny civil rights, and using the laws as a weapon against the plaintiffs. Defendants are citizens

of the United States and are employed in Madison County by the Madison County State's Attorney's Office at 157 N. Main St., Suite 402, Edwardsville, IL 62025. Phone: 618-692-6280. Email: SAinfo@co.madison.il.us

- Madison County Sheriff John Lakin. Defendant functions as the Madison County Sheriff and is responsible for, and has a duty to the fair, impartial, and equal enforcement of the laws of the State of Illinois, Constitution of the United States, Constitution of Illinois, and sworn to protect, keep safe, and care for the people incarcerated in the Madison County Jail. Defendant is being sued for Assault and battery, malicious and cruel treatment of the plaintiff while held in the jail causing the plaintiff to suffer unnecessarily for two days and violations of Civil Rights. Defendant is a citizen of the United States and is employed in Madison County as the Madison County Sheriff at 405 Randle St., Edwardsville, IL 62025. Phone: 618-692-6087/618-296-4824. Email: jcconnor@co.madison.il.us

- Madison County Deputy/Jailer Sgt. Paul Sarhage. Defendant functions as a Madison County Sheriff's Jailer and is responsible for, and has a duty to the fair, impartial, and equal enforcement of the laws of the State of Illinois, Constitution of the United States, Constitution of Illinois, and sworn to protect, keep safe, and care for the people incarcerated in the Madison County Jail. Defendant is being sued for Assault and battery, malicious and cruel treatment of the plaintiff while held in the jail causing the plaintiff to suffer unnecessarily for two days and violations of Civil Rights. Department Jailer and is employed at 405 Randle St., Edwardsville, IL 62025. Phone: 618-692-6087/618-296-4824. Email: jcconnor@co.madison.il.us

- Madison County Sheriff's Department/Corporation. Defendants functions as the Madison County Sheriff's Deputies and Jailers and are responsible for, and have a duty to the fair, impartial, and equal enforcement of the laws of the State of Illinois, Constitution of the United States, Constitution of Illinois, and sworn to protect, keep safe, and care for the people incarcerated in the Madison County Jail. Defendant are being sued for Assault and battery, malicious and cruel treatment of the plaintiff while held in the jail causing the plaintiff to suffer unnecessarily for two days and violations of Civil Rights. Defendants are citizens of the United States and employed in Madison County and all are located at 405 Randle St., Edwardsville, IL 62025. Phone: 618-692-6087/618-296-4824. Email: jcconnor@co.madison.il.us

All of the violations took place on the 28th and 29th days of October 2021 at the Ordinance Hearings, and continued at the Madison County Jail in Edwardsville, IL, at Plaintiff's expense and suffering. This court has jurisdiction over all of the Federal and State Laws that are alleged violated in this complaint. This court has personal jurisdiction over the defendant's corporations because the corporation's principal places of business are located in Madison County. Venue is proper pursuant to 28 U.S.C. 1391(b) and 775 ILCS 10/102(A)(1), Court Action, because the events giving rise to the allegations in this complaint occurred in Madison County and violated both Illinois Statutes and the Illinois constitution.

The false criminal charges against the plaintiff are still outstanding and in the Madison County Third Judicial Court system.

This Claim is being filed in excess of $75,000.00.

The Plaintiffs are making a **demand for a JURY TRIAL.**

---

## CLAIMS

**Village of Glen Carbon (Defendant).** Defendants are the governing body responsible for the safety, freedoms, liberties, and equal application of Municipal laws and ordinances for the citizens of the Village of Glen Carbon and is being sued in their capacity as failed and malicious representatives of the Village of Glen Carbon approving the denial of civil rights, freedons, and liberties and enabling false arrests and incarcerations without due process. The Village of Glen Carbon conspired to deny the rights, priviledges, liberties and freedoms of the plaintiffs. As a result of creating an illegal "Notice" and issuing it to the plaintiffs without due process their actions led to multiple charges and illegal arrests. Their policies for Ordinance violations denies any citizen the right to a trial by jury and the current policy denies the plaintiffs the equal protection of the laws or due process. As a result the plaintiffs were denied their right of due process and a jury trial at their Ordinance Hearing on 28 Oct 2021 and were fined over $800 dollars. The Village of Glen Carbon has also taken the plaintiff's security of our rights and the protection of our property. Plaintiffs are charging the Village of Glen Carbon with the following violations of Law and site the following Counts:

### Count 1
Violation of Illinois Constitution Art. 1 Sec 1. Inherent and Inalienable Rights

### Count 2
Violation of USC 5th Amendment. Deprivation Life, Liberty, Property, Due Process

### Count 3
Violation of USC 7th Amendment. Right to Trial By Jury

### Count 4
Violation of USC 8th Amendment. Excessive Bail, Cruel and Unusual Punishment

### Count 5
Violation of USC 14th Amendment(Art. 1). Abridge Immunities, Deprive Rights and Liberties without Due process, Deny Equal Protection of the Law

### Count 6
Violation of Illinois Constitution Art. 1 Sec 2. Equal Protection and Due Process

## Count 7
Violation of Illinois Constitution Art. 1 Sec 12. Right, Remedy and Justice

These violations of the law are actionable and the plaintiffs are entitled to relief. The Plaintiffs pray for compensatory relief in the amount of $800,000.00 cash.

**Glen Carbon Police Chief Todd Link / Glen Carbon Patrol Lt. Wayne White / Glen Carbon Police Department/Corporation (Defendants).** The defendants are being sued for the malicious and vengeful applications of the laws and using the laws as a weapon against the citizens of Glen Carbon, false arrest and fraudulent charges. They conspired with the Madison County State's prosecutor to compound multiple and frivolous criminal charges as a means to get even after the plaintiff was recently found not guilty of previous criminal charges that were proven in court to be fraudulent, illegal, and in violation of the plaintiffs civil rights. These defendants performed an illegal search and seizure of plaintiff's property without a warrant on misdemeanor false charges after they found out that the plaintiff was arrested on a false accusation. By compounding the charges they set the bail for the illegal arrest artificially high to intentionally keep the plaintiff in Madison County Jail and denied bail payment with a credit card. The defendants repeatedly struck the plaintiff and painfully bent plaintiff's arms and fingers when the plaintiff was on the ground handcuffed and the defendants were standing on plaintiff's arms. The defendants confiscated the plaintiff's wallet and flash drive and took $300 dollars cash from plaintiff's wallet that disappeared. Plaintiffs are charging the Village of Glen Carbon Police defendants with the following violations of Law and site the following Counts:

## Count 8
Violation of USC 4th Amendment. Unlawful Search and Seizure

## Count 9
Violation of USC 5th Amendment. Deprivation Life, Liberty, Property, Double Jeopardy, Due Process

## Count 10
Violation of USC 8th Amendment. Excessive Bail, Cruel and Unusual Punishment

## Count 11
Violation of USC 14th Amendment(Art. 1). Abridge Immunities, Deprive Rights and Liberties without Due process, Deny Equal Protection of the Law

## Count 12
Violation of Illinois Constitution Art. 1 Sec 1. Inherant and Inalianable Rights

## Count 13

Violation of Illinois Constitution Art. 1 Sec 2. Equal Protection and Due Process

## Count 14
Violation of Illinois Constitution Art. 1 Sec 6. Search and Seizure

## Count 15
Violation of Illinois Constitution Art. 1 Sec 10. Double Jeopardy

## Count 16
Violation of Illinois Constitution Art. 1 Sec 12. Right, Remedy and Justice

## Count 17
Violation of 725 ILCS 5/103-1(b) Rights on Arrest

## Count 18
Violation 720 ILCS 5/12-3 Battery

## Count 19
Violation 720 ILCS 5/12-3.05 Aggravated Battery to Senior Citizen

## Count 20
Violation 720 ILCS 5/10-3 Unlawful Restraint

These violations of the law are actionable and the plaintiffs are entitled to relief. The Plaintiffs pray for compensatory relief in the amount of $1,000,000.00 cash.

**Glen Carbon Building & Zoning Administrator Stacey Jose / Glen Carbon Building & Zoning Inspector Patrick Bourgeois (Defendants).** These defendant are being sued for the malicious and vengeful applications of the ordinance laws and using the laws as a weapon against the citizens of Glen Carbon, and false charges. Defendants falsely charged several violations of Village of Glen Carbon Ordinances and have arranged Ordinance hearings such that a defendant in their court is not allowed a trial by jury or due process. They have conspired to deprive plaintiff's rights, liberties, freedoms and property through illegal and unconstitutional ordinances and deny equal protections of the law. The defendant committed fraud by falsifying charges of ordinance Violations that were not true. Plaintiffs are charging the Village of Glen Carbon Police defendants with the following violations of Law and site the following Counts:

## Count 20
Violation of Illinois Constitution Art. 1 Sec 12. Right, Remedy and Justice

### Count 21

Violation of USC 5th Amendment. Deprivation Life, Liberty, Property

### Count 22

Violation of USC 7th Amendment. Right to Trial By Jury

### Count 23

Violation of USC 14th Amendment (Art. 1). Abridge Immunities, Deprive Rights and Liberties without Due process, Deny Equal Protection of the Law

These violations of the law are actionable and the plaintiffs are entitled to relief. The Plaintiffs pray for compensatory relief in the amount of $80,000.00 cash.

**Attorney for Glen Carbon Ordinance Hearings Matthew Kelley / Ordinance Hearing Officer for Glen Carbon Attorney Matthew Champlin (Defendants).** Defendants are being sued for the malicious and vengeful applications of the ordinance laws, violations of Civil Rights and Illinois Statutes, conspiring to deny civil rights, and Defamation and using the laws as a weapon against the citizens of Glen Carbon. Defendants have conspired to compound false charges with the Glen Carbon Police against the plaintiff to get "payback" for the plaintiff demonstrating that the defendant did not know the law and embarrassed the defendant in court. The defendant made false a defamatory allegations against the defendant which led to a false and illegal arrest. The defendant also denied and committed violations of the defendant's civil rights. The defendants denied Plaintiffs' their right to a trial by jury in during the hearing, which was requested and paid for in full over a month in advance in compliance with Illinois Supreme Court Rule 571 that applies to all ordinance violations with a guarantee of a jury trial, violations of the US Constitution's 5th and 14th Amendments, and the Illinois State Constitution's Article 2 guaranteeing that "No person shall be deprived of life, liberty or property without due process of law nor be denied the equal protection of the laws". These two defendants are in the service of the Village of Glen Carbon by appointment of the Mayor of Glen Carbon, and licensed attorneys practicing in the state of Illinois as members of the Illinois State Bar Association. They are both sworn to uphold the Constitution of the United States of America, the Statutes of the state of Illinois, and to follow the Illinois Supreme Court Rules of Judicial Procedure. They have a sworn duty to protect and uphold the Right of Due Process of all citizens in court, plaintiffs and defendants. Both of these defendants openly denied the plaintiffs the Right of due process and jury trial by stating that "they are a special court and do not have to follow those rules." This was a violation of Supreme Court Rule 571, USC 5th and 14th Amendments, and Illinois State Constitution's Article 2, and are actionable and did do harm to the plaintiffs and are entitled to relief. Plaintiffs are charging the defendants with the following violations of Law and site the following Counts:

### Count 24

Violation of Illinois Supreme Court Rule 571. Code of Civil Procedure / All Ordinance Violations

### Count 25
Violation of USC 5th Amendment. Deprivation Life, Liberty, Property, Due Process

### Count 26
Violation of USC 7th Amendment. Right to Trial By Jury

### Count 27
Violation of USC 14th Amendment(Art. 1). Abridge Immunities, Deprive Rights and Liberties without Due process, Deny Equal Protection of the Law

### Count 28
Violation of 740 ILCS 145/3 Slander and Libel Act

### Count 29
Violation 720 ILCS 5/10-3 Unlawful Restraint

These violations of the law are actionable and the plaintiffs are entitled to relief. The Plaintiffs pray for compensatory relief in the amount of $750,000.00 cash.

**Madison County State's Attorney Tom Haine / (Former) Madison County Assistant State's Attorney Dillon Borri / Madison County State's Attorney's Staff/Corporation.** Defendants are being sued for the malicious and vengeful applications of the ordinance laws, violations of Civil Rights and Illinois Statutes, conspiring to deny civil rights, and Defamation and using the laws as a weapon against the citizens of Glen Carbon. Defendants have conspired to compound false charges against the plaintiff to get "payback" for losing to the plaintiff in criminal court when it was proven that the defendant committed illegal actions and violations of civil rights. Defendant also set extremely high bail to prevent the plaintiff from getting out on bail and denied the plaintiffs right to pay for bail with a credit card. Plaintiffs are charging the defendants with the following violations of Law and site the following Counts:

### Count 26
Violation of USC 5th Amendment. Deprivation Life, Liberty, Property, Due Process

### Count 27
Violation of USC 7th Amendment. Right to Trial By Jury

### Count 28
Violation of USC 8th Amendment. Excessive Bail, Cruel and Unusual Punishment

### Count 28

Violation of USC 14th Amendment(Art. 1). Abridge Immunities, Deprive Rights and Liberties without Due process, Deny Equal Protection of the Law

### Count 29

Violation of Illinois Constitution Art. 1 Sec 1. Inherant and Inalianable Rights

### Count 30

Violation of Illinois Constitution Art. 1 Sec 2. Equal Protection and Due Process

### Count 31

Violation of Illinois Constitution Art. 1 Sec 12. Right, Remedy and Justice

### Count 32

Violation of 725 ILCS 5/103-1(b) Rights on Arrest

These violations of the law are actionable and the plaintiffs are entitled to relief. The Plaintiffs pray for compensatory relief in the amount of $1,000,000.00 cash.

**Madison County Sheriff John Lakin / Madison County Deputy/Jailer Sgt. Paul Sarhage / Madison County Sheriff's Department/Corporation.** Defendant functions as the Madison County Sheriff and is responsible for, and has a duty to the fair, impartial, and equal enforcement of the laws of the State of Illinois, Constitution of the United States, Constitution of Illinois, and sworn to protect, keep safe, and care for the people incarcerated in the Madison County Jail. While plaintiff was incarcerated in the Madison county jail he was beaten and his wedding ring of 42 years was taken away. When plaintiffs wife showed up with bail she was made to wait in the parking lot over 8 hours before being allowed to come in a pay bail. Defendant is being sued for Assault and battery, malicious and cruel treatment of the plaintiff while held in the jail causing the plaintiffs to suffer unnecessarily for two days and violations of Civil Rights. Defendants from the Madison County Sheriff's department made the Plaintiff suffer needlessly by denying him a blanket to stay warm at night, taking his shoes and making him spend a day and a half in bare feet on a freezing concrete floor, blocking his phone calls to his wife, and making plaintiff's wife wait in the parking lot over eight hours when she just wanted to pay Plaintiff's bail. Sgt. Paul Sarhage of the Madison County Sheriff's Department also struck Plaintiff and took Plaintiff's shoes. Plaintiffs are charging the defendants with the following violations of Law and site the following Counts:

### Count 33

Violation of USC 4th Amendment. Unlawful Search and Seizure

### Count 34

Violation of USC 5th Amendment. Deprivation Life, Liberty, Property

## Count 35

Violation of USC 8th Amendment. Excessive Bail, Cruel and Unusual Punishment

## Count 36

Violation of Illinois Constitution Art. 1 Sec 6. Search and Seizure

## Count 37

Violation of Illinois Constitution Art. 1 Sec 12. Right, Remedy and Justice

## Count 38

Violation 720 ILCS 5/12-3 Battery

## Count 39

Violation 720 ILCS 5/12-3.05 Aggravated Battery to Senior Citizen

These violations of the law are actionable and the plaintiffs are entitled to relief. The Plaintiffs pray for compensatory relief in the amount of $1,000,000.00 cash.

Wherefore, Plaintiff requests that this Court enter a judgement against Defendants providing the following relief:
1. Compensatory damages in an amount of $3,995,000, exclusive of costs and interest, that the Plaintiff is found to be entitled;

2. Punitive/exemplary damages against defendants in whatever amount, exclusive of costs and interest, that the Plaintiff is found to be entitled;

3. An Order expunging all documents and records of arrests and Ordinance Violations, and directing all defendants to give written apologies to the Plaintiffs and the restoration of all rights and privileges in the Village of Glen Carbon.

Thank you.

Respectfully submitted,

Patrick and Barbara Ferrari (Plaintiffs)


## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this Complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure and Illinois Supreme Court Rule 19. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on ___28 Oct 2022___
(Date)

Signature of Plaintiff(s)

___265 E. Ingle Dr___
Street Address

___Patrick & Barbara Ferrari___
Printed name(s)

___Glen Carbon, IL 62034___


## VERIFICATION OF SERVICE

Under Penalty provided by law pursuant to Section 1-109 of the Code of Civil Procedure the undersigned certifies that the statements set forth are true and correct.

_____ Dated 28 Oct 2022
Patrick and Barbara Ferrari (Plaintiffs Pro Se)


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed with the court's electronic filing system, as well as sent first class mail and hand delivered to each of the defendants named in this case. We also certify that each of the defendants were each sent a copy to their registered emails on file with the court. (SAinfo@co.madison.il.us, jcconnor@co.madison.il.us, jmlinton@co.madison.il.us, tlink@glencarbonil.gov, jschrempf@glencarbonil.gov, jschrempf@sknlawyer.com)

_____ Dated 28 Oct 2022
Patrick and Barbara Ferrari (Plaintiffs Pro Se)